**Order entered September 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00819-CV

**LOWELL MERRITT, Appellant**

**V.**

**ROBERT DAVIS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01630-2013**

# ORDER

We **DENY** appellant's August 21, 2013 "motion for rehearing" and August 30, 2013 "supplement" to the motion.


/s/    DAVID EVANS
           JUSTICE